John V. Coghlan, Esq.
ELLIS GEORGE CIPOLLONE O'BRIEN LLP
1155 F Street, NW, Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Facsimile: (202) 249-6899

Brett D. Katz, Esq.
ELLIS GEORGE CIPOLLONE O'BRIEN LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOYCE ROSELY,<br><br>Plaintiff,<br><br>v.<br><br>STRIVE ASSET MANAGEMENT, LLC, ANSON FRERICKS, and VIVEK RAMASWAMY,<br><br>Defendants. | Civil Action No. 2:23-cv-20772-JXN-CLW<br><br>**DEFENDANTS' NOTICE OF MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF OHIO OR, IN THE ALTERNATIVE, TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Motion Return Date: February 5, 2024 |

TO: Christopher P. Lenzo, Esq.
LENZO & REIS, LLC
360 Mt. Kemble Ave., Suite 1004
Morristown, New Jersey 07960
973-845-9922
*Attorneys for Plaintiff*

PLEASE TAKE NOTICE that defendants Strive Asset Management, LLC, Anson Frericks, and Vivek Ramaswamy (collectively, "Defendants") will move before the Honorable Julien X. Neals, U.S.D.J. on February 5, 2024 for an Order pursuant to 28 U.S.C. § 1404(a) and in accordance with the forum selection clause set forth in Plaintiff Joyce Rosely's Employment

Agreement transferring the case to the United States District Court for the Southern District of Ohio, or in the alternative, pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint for failure to state a claim upon which relief can be granted, and for such other further and different relief as the Court deems just and proper.

In support of their motion, Defendants are relying on the accompanying Declaration of John V. Coghlan dated January 9, 2024, and the exhibits thereto, and Memorandum of Law.

Dated: January 9, 2024

ELLIS GEORGE CIPOLLONE O'BRIEN LLP

By: s/John V. Coghlan

John V. Coghlan
1155 F Street, NW, Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Facsimile: (202) 249-6899
jcoghlan@egcfirm.com

ELLIS GEORGE CIPOLLONE O'BRIEN LLP
Brett D. Katz
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
bkatz@egcfirm.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2024, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system and thereby served upon all counsel of record.

s/John V. Coghlan
John V. Coghlan