John V. Coghlan, Esq.
ELLIS GEORGE CIPOLLONE O'BRIEN LLP
1155 F Street, NW, Suite 750
Washington, DC 20004
Telephone: (202) 249-6900
Facsimile: (202) 249-6899

Brett D. Katz, Esq.
ELLIS GEORGE CIPOLLONE O'BRIEN LLP
Carnegie Hall Tower
152 West 57th Street, 28th Floor
New York, New York 10019
Telephone: (212) 413-2600
Facsimile: (212) 413-2629
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOYCE ROSELY,<br><br>Plaintiff,<br><br>v.<br><br>STRIVE ASSET MANAGEMENT, LLC, ANSON FRERICKS, and VIVEK RAMASWAMY,<br><br>Defendants. | Civil Action No. 2:23-cv-20772-JXN-CLW |

**DECLARATION OF JOHN V. COGHLAN IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF OHIO OR, IN THE ALTERNATIVE, TO DISMISS**

I, John V. Coghlan, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of New Jersey, and the United States District Court for the District of New Jersey. I am a partner of the firm of Ellis George Cipollone O'Brien LLP, attorneys for Defendants Strive Asset Management, LLC, Anson Frericks, and Vivek Ramaswamy (collectively, "Defendants") and submit this Declaration in support of Defendants' motion to transfer the case to the United States District Court for the

Southern District of Ohio pursuant to 28 U.S.C. § 1404(a) and in accordance with the forum selection clause set forth in Plaintiff Joyce Rosely's Employment Agreement, or, in the alternative, pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint for failure to state a claim upon which relief can be granted, to put before the Court certain documents.

2. Annexed hereto are true and correct copies of the following documents:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Complaint and Jury Demand, dated August 8, 2023, ECF No. 1-1; and |
| 2 | Employment Agreement between Joyce Rosely and Strive Asset Management, LLC, dated August 2, 2022. |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 9 2024.

s/John V. Coghlan
John V. Coghlan

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2024, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system and thereby served upon all counsel of record.

s/John V. Coghlan
John V. Coghlan