LENZO & REIS, LLC
Employment Attorneys

*We Fight As Hard As You Work*

**Christopher P. Lenzo** †◆
**Claudia A. Reis**

† Also Admitted In New York
◆ Certified by the Supreme Court Of New Jersey as a Civil Trial Attorney

March 6, 2026

**VIA ECF**
Hon. Julien X. Neals, U.S.D.J.
United States District Court, District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
Courtroom MLK 5D
50 Walnut Street
Newark, NJ 07102

**Re: Rosely v. Strive Asset Management, LLC, et al.**
**Case No. 2:23-cv-20772**

Dear Judge Neals:

I represent plaintiff in the above-captioned matter.

Defendants filed a motion to dismiss on the pleadings or in the alternative to transfer the case to Ohio. Your Honor delegated that motion to Magistrate Judge Waldor, who denied the motion in its entirety with the exception of dismissing the claims that plaintiff had been retaliated against for reporting sexual harassment. Defendants then filed an objection to Judge Waldor's report and recommendation with Your Honor nineteen months ago on August 7, 2024.

Plaintiff respectfully requests that the Court issue a decision on defendants' objection so that the litigation can proceed.

Thank you for Your Honor's prompt attention to this matter.

Respectfully yours,

/s/ Christopher P. Lenzo

Christopher P. Lenzo

CPL/al

cc: Counsel (via ECF)
Ms. Joyce Rosely (via e-mail)