**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOYCE ROSELY,<br><br>Plaintiff,<br><br>v.<br><br>STRIVE ASSET MANAGEMENT, LLC, ANSON FRERICKS, and VIVEK RAMASWAMY,<br><br>Defendants. | Civil Action No. 23-20772 (JXN)(CF)<br><br>**ORDER** |

**NEALS**, District Judge

Before the Court are Defendants Strive Asset Management LLC ("Strive"), Anson Frericks ("Frericks"), and Vivek Ramaswamy's ("Ramaswamy") (collectively, "Defendants") objections to Magistrate Judge Waldor's[1] July 24, 2024 Report and Recommendation ("R&R") recommending the Court: (1) deny Defendants' motion to transfer this case pursuant to 28 U.S.C. § 1404(a); and (2) partially grant Defendants' motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure[2] 12(b)(6). (ECF No. 12.) Defendants timely objected. (ECF No. 13.) The Court has reviewed the R&R, Defendants' objections, and the record, and decides this matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

**IT IS** on this **25th** day of August 2026

**ORDERED** that:

1. The R&R (ECF No. 12) is **ADOPTED in part**;

---

[1] After Magistrate Judge Waldor retired, this matter was reassigned to Magistrate Judge Fais.

[2] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

2. Defendants' motion to transfer (ECF No. 6) is **DENIED**;
3. Defendants' motion to dismiss (ECF No. 6) is **GRANTED** as to Counts II, III, and V of the Complaint (ECF No. 1);
4. The motion to dismiss (ECF No. 6) is **DENIED** as to Counts I and IV of the Complaint (ECF No. 1);
5. Counts II, III, and V of the Complaint are **DISMISSED** ***without prejudice***;
6. Plaintiff is granted thirty days (30) to file an amended pleading addressing the deficiencies identified in the accompanying Opinion;
7. Should Plaintiff fail to timely file an amended pleading, Counts II, III, and V shall be dismissed *with prejudice*.

**JULIEN XAVIER NEALS**
**United States District Judge**