LENZO & REIS, LLC
Employment Attorneys

*We Fight As Hard As You Work*

**Christopher P. Lenzo †◆**
**Claudia A. Reis**

† Also Admitted In New York
◆ Certified by the Supreme Court Of New Jersey as a Civil Trial Attorney

August 27, 2026

**VIA ECF**
Hon. Julien X. Neals, U.S.D.J.
United States District Court, District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
Courtroom MLK 5D
50 Walnut Street
Newark, NJ 07102

**Re: Rosely v. Strive Asset Management, LLC., et al.**
**Case No. 2:23-cv-20772**

Dear Judge Neals:

Our firm represents Plaintiff in the above-captioned matter. On Tuesday, July 28, 2026, I learned that my law firm partner, Christopher P. Lenzo, who is primarily responsible for handling this matter, is dealing with a personal emergency and is not expected to return to the office until September 21, 2026, at the earliest. Accordingly, Plaintiff respectfully requests a thirty-day extension to file an amended pleading addressing the deficiencies identified in the Opinion relating to Defendants' Objections to Magistrate Judge Waldor's July 24, 2024 Report and Recommendation ("R&R"), which is currently due on September 24, 2026.

Thank you for Your Honor's consideration of this request.

Respectfully yours,

*/s/ Claudia A. Reis*

Claudia A. Reis

CAR/al

cc: Counsel (via ECF)
Ms. Joyce Rosely (via e-mail)